# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**BETONIA SUE GIEHLL** | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense)-- Short Form<br>CASE NUMBER: 3:08mj323/MD<br><br>Randall Lockhart, AFPD<br>Defendant's Attorney |

☐ **THE DEFENDANT** pled guilty to count(s) Two and Three of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. §316.192 and 18 U.S.C. §§ 7 & 13 | Reckless Driving With Disregard for the Safety of Persons or Property | 7/18/08 | Two |
| 18 U.S.C. § 1382 | Trespass Without a Permit | 7/18/08 | Three |

Count(s) One is dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fines/SMA shall be paid no later than April 15, 2009.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 35.00 | $ 150.00 | $ 0.00 |

Date of Imposition of Sentence - 2/27/09

*Miles Davis*
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 3-2-2009